AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| John David Bousonville<br>*Plaintiff*<br>v.<br>Kilolo Kijakazi, Commissioner of Social Security<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:21-CV-01575<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Final judgment is entered in favor of Kilolo Kijakazi, Commissioner of Social Security, and against Plaintiff, John David Bousonville, pursuant to Fed.R.Civ.P. 58.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  William I. Arbuckle  on a motion for
Pursuant to Memorandum Opinion and Order dated 9/29/2022 [ECF Docs. 16,17].

Date:  9/29/2022

CLERK OF COURT

Peter Welsh, Clerk of Court
By:  *s/Christine A. Williamson*, Deputy Clerk
*Signature of Clerk or Deputy Clerk*